# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-4026

_____

United States of America,       *
     *
     Appellee,       *
     *    Appeal from the United States
v.       *    District Court for the
     *    District of South Dakota.
Susan Kay Hastings,       *
     *      [UNPUBLISHED]
     Appellant.       *

_____

Submitted: June 11, 1999
Filed: June 18, 1999

_____

Before WOLLMAN, Chief Judge, RICHARD S. ARNOLD and BEAM, Circuit Judges.

_____

PER CURIAM.

Susan Kay Hastings appeals the district court's[1] denial of her motion for relief from judgment. After careful review of the record and the parties' briefs, we conclude the district court properly denied Hastings's motion. Accordingly, we affirm  See 8th Cir. R. 47B.

---

[1] The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.

A true copy.

Attest:

    CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.